UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VYACHESLAV BERDNIK, an individual,<br><br>Plaintiff<br><br>v.<br><br>MAIN STREAM SOLUTIONS, INC., a California corporation, and SHANE HALSTEAD, an individual,<br><br>Defendants. | Case No. 2:23-cv-01928-KJM-CSK<br><br>**ORDER ON JOINT STIPULATION AND REQUEST TO MODIFY PRETRIAL SCHEDULE TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |

Pursuant to the parties' joint stipulation and finding good cause, the pre-trial case schedule is amended as follows**:** Fact discovery shall be completed by March 31, 2025; the last day to serve expert disclosures is April 21, 2025; rebuttal expert witness shall be exchanged by May 1, 2025; all expert discovery shall be completed by May 15, 2025; and all dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be filed by June 12, 2025.

   IT IS SO ORDERED.

Dated:  September 19, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE